CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rlu

FEB 19 2009

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

WALTER STEVE WILSON, JR.,      )      Civil Action No. 7:08-cv-00578
    Petitioner,      )
          )
v.      )      **ORDER**
          )
COMMONWEALTH OF VIRGINIA,      )      By:  Hon. Jackson L. Kiser
    Respondent.      )      Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that Gene Johnson, Director of the Virginia Department of Corrections, is **ADDED as a**

**defendant** to this action; the Commonwealth of Virginia is **TERMINATED as a defendant** to

this action; the respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of

habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; and the case is **STRICKEN** from

the active docket of the court.

    The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner and counsel of record for the respondent.

    **ENTER**: This 19th day of February, 2009.

                Senior United States District Judge